**<u>UNPUBLISHED</u>**

FILED:  November 18, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-4233
(3:17-cr-00130-MHL-1)
_____

UNITED STATES OF AMERICA

Plaintiff - Appellant

v.

BILLY CURRY, JR.

Defendant - Appellee

_____

O R D E R

_____

A majority of judges in regular active service and not disqualified having voted in a requested poll of the court to grant the petition for rehearing en banc,

IT IS ORDERED that rehearing en banc is granted.

The parties shall file 16 additional paper copies of their briefs and appendices previously filed in this case within 7 days.

This case is tentatively scheduled for argument during the January 28-31,

2020 oral argument session in Richmond, Virginia.

For the Court

<u>/s/ Patricia S. Connor, Clerk</u>